**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff, <br><br> vs. <br><br> NELSON RAY MCKEE, <br><br> Defendant. | 3:15-cr-00007-RCJ-VPC <br><br> **ORDER** |

A grand jury indicted Defendant Nelson Ray McKee on one count of Murder Within Indian Country, 18 U.S.C. §§ 1111, 1151, and 1153. Prior to trial, the parties filed motions in limine. (ECF Nos. 72, 73.) During calendar call on January 30, 2017, defense counsel Michael Kennedy indicated that he and the prosecution were working toward a stipulation regarding the evidentiary issues raised in the motions, and that an agreement would be reached within a couple of days, which may obviate the need for a ruling from the Court.

Thereafter, the parties did not advise the Court whether a ruling on their motions in limine was needed. Accordingly, the Court did not rule on the motions and the case proceeded to trial on February 6, 2017. A jury verdict concluded the trial on February 15, 2017. (ECF No. 120.)

/ / /

/ / /

**CONCLUSION**

Therefore, IT IS HEREBY ORDERED that the motions in limine (ECF Nos. 72, 73) are DENIED as moot.

IT IS SO ORDERED.

DATED: This 13th day of April, 2017.

_____
ROBERT C. JONES
United States District Judge